# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-3150

_____

D & DWA LAKE CITY, LLC d/b/a
HITONE FITNESS,

　　Appellant,

　　v.

D.R. NICKELSON & CO., INC., and
SHANNON POWERS,

　　Appellees.

_____


On appeal from the Circuit Court for Columbia County.
Frederick L. Koberlein, Jr., Judge.

July 15, 2026


PER CURIAM.

　　AFFIRMED.

LEWIS, RAY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jonathan Hayes of Ausley McMullen, Tallahassee, for Appellant.

Justin R. Zinzow and Christopher A. Roach of Zinzow Law, LLC, Trinity, for Appellees.